UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JENNIFER BERRY, individually and**
**On behalf of all others similarly situated**                               **PLAINTIFF**

**V.**                                    **4:19CV0006 JM**

**RAZORS EDGE PIZZA, INC.**                                              **DEFENDANT**

## ORDER OF DISMISSAL

The Court has been notified that the parties have reached a settlement. The Complaint and all claims against the Defendant are hereby dismissed with prejudice. The Court retains complete jurisdiction for 30 days to resolve issues related to the settlement if necessary. The trial scheduled for February 3, 2020 is cancelled. The Clerk is directed to close the case.

IT IS SO ORDERED this 15th day of January, 2020.

_____
James M. Moody, Jr.
United States District Judge